## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                      : 

        Plaintiff,                       Case No. 3:99-cr-86

                      :

                             District Judge Walter H. Rice

      vs.                     :         Magistrate Judge Michael J. Newman

JACK CLARK,                 :

        Defendant.

## ORDER

      This matter is before the Court on Defendant's Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255.  Doc. 1187.  The United States' Answer to Defendant's § 2255 Motion refers to Defendant's appellate brief filed in the Sixth Circuit Court of Appeals, but this brief is not available in the Court's records.  *See* doc. 1200 at PageID 4749-50.

      Pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, the Court **ORDERS** the United States to furnish a copy of Defendant's appellate brief -- filed in the Sixth Circuit Court of Appeals in Case No. 05-3620 -- to this Court no later than **April 19, 2012.**

      **IT IS SO ORDERED.**

April 5, 2012                             s/ **Michael J. Newman**
                                          United States Magistrate Judge