# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:99-cr-86 |
| Plaintiff, | | (Civil Case No. 3:10-cv-406) |
| | : | District Judge Walter H. Rice |
| vs. | | Magistrate Judge Michael J. Newman |
| JACK CLARK, | : | |
| Defendant. | | |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION (DOC. 1244)

This matter is before the Court on Defendant's *pro se* motion, asking the Court to mail him certain filings in his 28 U.S.C. § 2255 proceedings. Doc. 1244. The docket reflects that these filings were sent to Defendant via regular U.S. mail at the address listed on the docket: Jack Clark, #43053-061, P.O. Box 6000, Glenville, West Virginia 26351.

Nonetheless, for good cause shown, the Court **GRANTS** Defendant's motion (doc. 1244). The Clerk is hereby **ORDERED** to mail Documents 1240, 1242 and 1243, and a copy of docket sheet, to Defendant at the address listed on the docket.

The Court **DENIES** Defendant's request that these filings be mailed to his Co-Defendant, Danny Nixon, because Nixon is not a party to these § 2255 proceedings currently before the Court.

**IT IS SO ORDERED.**

May 21, 2012　　　　　　　　　　　　　　　　　　　s/ **Michael J. Newman**
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge