**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:99-cr-86 |
| | | (Civil Case No. 3:10-cv-406) |
| Plaintiff, | | |
| | | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael J. Newman |
| JACK CLARK, | | |
| Defendant. | : | |

___

**ORDER DENYING DEFENDANT'S
"MOTION TO HAVE AFFIDAVIT TYPED" (DOC. 1257)**
___

Now before the Court is Defendant's *pro se* "motion to have affidavit typed" (doc. 1257). Defendant claims he did not have sufficient time to type pages 4 through 23 of the affidavit attached to his Objections to the R&R (doc. 1250-1) and is concerned the Court is unable to read these handwritten pages. Defendant requests the Court to provide him additional time to re-submit these pages in typed format. The Court views pages 4 through 23 of his affidavit as legible. Accordingly, it is unnecessary to have them typed, and Defendant's motion (doc. 1257) is **DENIED**.

August 23, 2012                                                       s/ **Michael J. Newman**
                                                                                         United States Magistrate Judge